UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In Re:                                                                    ORDER OF DISMISSAL
                                                                                      FOR
**Everton Aloysius Sterling**                              FAILURE TO PROSECUTE
                                                                          BANKRUPTCY APPEAL


-------------------------------------------------------X         20-CV-6102 LGS

FROM:   VITO GENNA, CLERK
                UNITED STATES BANKRUPTCY COURT
                SOUTHERN DISTRICT OF NEW YORK

TO:        RUBY J. KRAJICK, CLERK
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK

IN RE: Scorpion Fitness Inc.                                          BANKRUPTCY CASE: **19-B-11231 (MEW)**
DATE OF FILING NOTICE OF APPEAL: 04/17/2020
BANKRUPTCY DOCUMENT #: 205

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed file the Designation of Items to be Included in the Record as required by:

    _X_  FRBP 8009
    ___ Federal Rules of Civil Procedure (Rule _____)
    _X_  28 U.S.C. 1930 - the requirement to pay a filing fee
    ___ Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:   **September 2, 2020**                                                       Vito Genna, Clerk
              New York, New York                                                  U.S. Bankruptcy Court, SDNY

                                                                                    By: _____
                                                                                              Deputy Clerk

*ORDER*

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated __September 3,___ 20_20_
            New York, New York

                                                                                    LORNA G. SCHOFIELD
                                                                                    UNITED STATES DISTRICT JUDGE

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____                    Ruby J. Krajick , Clerk
                                                                                             District Court, SDNY

                                                                                    By: _____
                                                                                              Deputy Clerk